SWIFT FERTILIZER WORKS, for use, etc., v. KENNEDY.

LUMPKIN, J.  There was no error in granting a nonsuit in this case.
*Judgment affirmed.  All the Justices concur, except Fish, C. J., absent.*
APRIL 17, 1915.

Complaint.  Before Judge Worrill.  Terrell superior court.  May 26, 1914.

*W. H. Gurr*, for plaintiff.  *M. C. Edwards*, for defendant.

---

BROWNLEE v. PRICE et al.

LUMPKIN, J.  There was no abuse of discretion in refusing to grant an interlocutory injunction and to appoint a receiver in this case.
*Judgment affirmed.  All the Justices concur, except Fish, C. J., absent.*
APRIL 17, 1915.

Petition for injunction.  Before Judge Pendleton.  Fulton superior court.  November 21, 1914.

*J. A. Hunt* and *J. F. Golightly*, for plaintiff.

*Samuel H. Sibley, Jones & Chambers, E. R. Black*, and *M. P. McWhorter*, for defendants.